Thornell L. BROWN, Plaintiff—
Appellant,

v.

M.A. GARCIA, Defendant—Appellee.

No. 03–15988.

D.C. No. CV–98–20133–RMW.

United States Court of Appeals,
Ninth Circuit.

Nov. 10, 2003.*

Nov. 14, 2003.

Thornell L. Brown, pro se, Lancaster,
CA, for Plaintiff-Appellant.

Before KOZINSKI, SILVERMAN and
TALLMAN, Circuit Judges.

MEMORANDUM**

A review of the record and appellant's
opening brief indicates that the questions
raised in this appeal are so insubstantial as
not to require further argument. *See
United States v. Hooton*, 693 F.2d 857 (9th
Cir.1982) (per curiam).

Accordingly, we summarily affirm the
district court's judgment.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument.  See Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

